AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Jeannie Scanlon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-40264**

TO: (Name and address of Defendant)

Jeannie Scanlon
12 Spring Street
Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12/27/04
CLERK                                           DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                      02/01/2005

I hereby certify and return that on 01/29/2005 at 09:10am I served a true and attested copy of the Summons and Complaint for Violations of 47 U.S.C. Section 553, Civil Cover Sheet, Corporation Disclosure Statement, Case Coversheet in this action in the following manner: To wit, by delivering in hand to JEANNIE SCANLON at 61 SHARIMAR DR, LEOMINSTER, MA. Fees: Service 20.00, Travel 19.52, Conveyance 3.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $48.52

Deputy Sheriff James T Connolly Jr.

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
               Date                Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.