**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (CENTRAL)**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.,**  )  | Case No.: 04-40264 |
| ) | |
| Plaintiff,  ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | |
| ) | **WITHOUT PREJUDICE** |
| **Jeannie Scanlon**  ) | |
| ) | |
| Defendant  ) | |
| ) | |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, without prejudice, the Defendant Jeannie Scanlon from the above-referenced action.

          Respectfully Submitted for the Plaintiff,
          Comcast of Massachusetts III, Inc.
          By Its Attorney,


03/11/2005                                          /s/ John M. McLaughlin
Date                                                John M. McLaughlin
                                                   **Green, Miles, Lipton & Fitz-Gibbon**
                                                   77 Pleasant Street
                                                   P.O. Box 210
                                                   Northampton, MA 01061
                                                   Telephone: (413) 586-0865
                                                   BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the March 11, 2005, a copy of the foregoing was mailed first class to:

John F. Madaio
Loconto, Burke & Madaio, P.C.
120 Main Street
Worcester, MA 01608

                                                                            /s/ John M. McLaughlin
                                                                            John M. McLaughlin, Esq.